**Jessica Tome**

**From:** eFiling-DHSPortal@usdoj.gov
**Sent:** Monday, September 14, 2026 1:48 PM
**To:** Jessica Tome
**Subject:** EOIR - RIVAS DELG - 284 - Service - EOIR-26, No PKG - BIA

The Executive Office for Immigration Review (EOIR) has received an electronic upload of the BIA appeal/motion package referenced below. BIA is evaluating the package for inclusion into the electronic Record of Proceedings (eROP). EOIR will notify you upon completion of the evaluation process.

- eFiled Document Name: EOIR-26.pdf
- Additional Document(s) Name:
  - EOIR-27.pdf
- Document Category: EOIR-26, Notice of Appeal from a Decision of an Immigration Judge
- Document Sub Category: Bond Appeal
- Uploaded On: 09/14/2026
- Tracking Number: 000-062-783-308

- A-Number: 215-968-284
- Alien Name: RIVAS DELGADO, RAFAEL ALBERTO
- Bond Requested Date: 08/31/2026
- Case Type: RMV
- BIA Case Type: Bond Appeal
- Date the BIA Case was Filed: 09/14/2026

The documents associated with this filing may be viewed as follows:

Attorneys/Representatives you may view the documents in the EOIR Case Portal at this link. Please note you will need your User ID and password to access the location.

DHS users you may view the documents in the EOIR DHS Portal at this link.